In the Matter of the Claim of LILLIAN I. HEIMROTH, Appellant, against ELK TRANSPORTATION COMPANY, INC., et al., Respondents.

Submitted October 7, 1940; decided October 15, 1940.

*John J. Conners, Jr.,* for motion.

No one opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground the order is not final.